SPONGE RUBBER PRODUCTS COMPANY, Respondent, *v.* PUROFIED DOWN PRODUCTS CORPORATION, Appellant.

Argued January 19, 1954; decided February 25, 1954.

*Aaron Edward Nowack* and *Jesse L. Goldberg* for appellant.
*Robert J. Blum* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.